

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FEB 06 2015

Case ID: NPW-4465

Fulmen Co.
2 Danesh Alley, Fath Highway, Fath Sq., South of Mehrabad Airport
P.O. Box 19395/1371
Tehran, Iran
1385763911

Dear Mr. Mahmoudian:

This letter acknowledges receipt of your letter dated October 20, 2014 provided to the Office of Foreign Assets Control ("OFAC"), requesting reconsideration of the designation of Fulmen Company pursuant to Executive Order 13382 ("Blocking Property of Weapons of Mass Destruction Proliferators and Their Supporters").

Your request is currently under review. However, the review process can be lengthy, and it is likely that OFAC will seek additional information from you before a final determination is made. Please direct all questions and correspondence regarding your request to OFAC at the mailing address listed below:

> U.S. Department of the Treasury
> Office of Foreign Assets Control
> ATTN: Office of Global Targeting
> 1500 Pennsylvania Avenue, N.W. (Annex)
> Washington, D.C. 20220

Or you may telephone or fax at: (202) 622-2420 (telephone), (202) 622-5390 (fax), or email at OFAC_TNT@treasury.gov.

Please refer to the Case ID shown above (Case ID: NPW-4465) in all future correspondence. Also, please provide an English translation of any future documents or correspondence that are prepared in any language other than English.

Sincerely,

Gregory T. Gatjanis
Associate Director
Office of Global Targeting