# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Fulmen Company, et. al.<br><br>                    *Plaintiffs,*<br><br>    v.<br><br>The Office of Foreign Assets Control, et. al.<br><br>                    *Defendants.* | CIVIL ACTION NO. 1:18-02949 (RJL) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Fulmen Company and Fulmen Group (hereinafter referred as "Fulmen"), by and through undersigned counsel, Saeid B. Amini, and respectfully files this Opposition to Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment, and concurrently moves for Summary Judgment. In support of this Motion, Plaintiffs have attached a Memorandum in Support and refers to the Administrative Record ("AR") and attached Exhibits A-C.

Dated: April 21, 2019

                                        Respectfully submitted,

**Address:**
Saeid B. Amini                          _____/s/_____
730 24th Street, NW, Suite One          Saeid B. Amini (Bar No. 978340)
Washington, DC  20037                   Attorney for Plaintiffs
202-306-9444
202-965-4446 (fax)
sbajd98@yahoo.com

1