# Plaintiffs' Exhibit "A"

U.S. Department of State Fact Sheet

November 21, 2011

Fact Sheet
Office of the Spokesperson
Washington, DC
November 21, 2011

---

Today, the United States is taking a series of actions to increase pressure on Iran to comply with its full range of international nuclear obligations and to engage in constructive negotiations on the future of its nuclear program. In his report to the International Atomic Energy Agency (IAEA) Board of Governors, which was released to the public last week, the IAEA Director General concluded that Iran has carried out activities relevant to the development of a nuclear explosive device, some of which have continued past 2003. Iran uses a wide network of procurement agents to procure items, equipment, and technology in support of this illicit nuclear program. The actions below target several of these entities involved in Iran's illicit nuclear programs.

As a result of today's actions, U.S. persons are prohibited from engaging in any transactions with today's designees and any assets they may hold under U.S. jurisdiction are frozen.

**Department of State Designation of Entities under E.O. 13382:**

The new State Department designees are entities that play an important role in Iran's nuclear procurement network. They support a variety of Iran's proscribed nuclear procurement-related activities, including centrifuge development, heavy water research reactor activities, and the uranium enrichment program.

The Nuclear Reactors Fuel Company

The Nuclear Reactors Fuel Company (SUREH) was created in 2009 to oversee Iran's fuel manufacturing facilities and organizations. SUREH is responsible for production of fuel for Iran's nuclear reactors – including the 40-megawatt heavy water research reactor (the IR-40) – and has sought commodities for the reactor's fuel assemblies.

SUREH regularly works with known Iranian procurement agents to acquire needed commodities for the IR-40. The IR-40 is currently under construction at Arak, Iran, and when operational, it will provide Iran the capability to produce plutonium in the reactor's spent fuel, which Iran could choose to reprocess for nuclear weapons. Iran claims the reactor will produce radioisotopes for medical and industrial use and to replace the aging Tehran Research Reactor.

In 2011, the IAEA Board of Governors found that, contrary to the relevant resolutions of the BOG and UNSC, Iran has not suspended work on all heavy water-related projects, including the IR-40. SUREH's procurement activities are violations of Iran's NPT, IAEA, and UNSC obligations.

The European Union noted in Council Implementing Resolution 503/2011 (May 23, 2011) that SUREH is a company subordinate to the UN-sanctioned Atomic Energy Organization of Iran (AEOI), consisting of the Uranium Conversion Facility, the Fuel Manufacturing Plant, and the Zirconium Production Plant.

Noor Afzar Gostar Company

The Noor Afzar Gostar Company has been involved in the procurement efforts for materials for both the IR-40 and probably for Iran's uranium enrichment program.

The European Union noted in Council Implementing Resolution 503/2011 (May 23, 2011) that the Noor Afzar Gostar Company is a company that is a subsidiary of the UN-sanctioned AEOI and is involved in the procurement of equipment for the nuclear program.

Fulmen Group

The Fulmen Group was involved in procuring goods for the covert uranium enrichment facility at Qom while the facility was still an undeclared site from 2006 through 2008.

From May 2006 until at least September 2008, Fulmen was involved in many facets of the construction of Qom. Additionally, Fulmen has worked with the U.S.- and UN-designated firm Kalaye Electric on the construction of elements of the Natanz Uranium Enrichment Plant.

The preamble of UNSCR 1929 noted that Iran has not established full and sustained suspension of all enrichment-related and reprocessing activities, as set out in Resolutions 1696, 1737, 1747, and 1803, making Fulmen's activities at both Qom and Natanz a material contribution to those facilities' gas centrifuge plant for uranium enrichment.

Iran has failed to meet the requirements of the IAEA Board of Governors regarding disclosure of activity at Qom, including providing the IAEA with design information and permitting the IAEA to verify that information as required by its Safeguards Agreement and by Modified Code 3.1 of the Subsidiary Arrangement to its Safeguards Agreement. Iran also refuses to provide the IAEA with a chronology of the development of Qom, as requested by the IAEA.

The European Union noted in Council Implementing Resolution 668/2010 (July 26, 2010) that Fulmen was involved in the installation of electrical equipment on the Qom/Frodoo site at a time when the existence of the site had not yet been revealed. The EU also noted that Arya Niroo Nik is a shell company used by Fulmen for some of its operations. The EU has also designated Fereydoun Mahmoudian as the Director of Fulmen.

Yasa Part

The European Union noted in Council Implementing Resolution 668/2010 (July 26, 2010) that Yasa Part is a company involved with purchasing materials and technologies necessary to nuclear and ballistic programs.

**Department of the Treasury Designations under E.O. 13382:**

The designees targeted by the Treasury Department today are all linked to the AEOI, or its subordinate entities, the main Iranian organization responsible for research and development activities in the field of nuclear technology, including Iran's centrifuge enrichment program and experimental laser enrichment of uranium program. The AEOI, which reports directly to the Iranian president, manages Iran's overall nuclear program and was listed in the Annex to E.O. 13382 and was designated by the UN Security Council in Resolution 1737.

Modern Industries Technique Company (MITEC)

A subordinate to AEOI, MITEC is being designated for being owned or controlled by and for providing support and services to the AEOI.

MITEC has been linked to the Iranian heavy water program since at least 2001 and has played a key role in the production of the IR-40 heavy water research reactor project in Arak, Iran. Heavy water is used in plutonium production reactors and is an essential element in the production of plutonium for nuclear weapons. Heavy water is believed to have no use in Iran's civilian nuclear power program, which is based on light- water reactor technology.

MITEC was designated by the UN Security Council in Resolution 1929.

Javad Rahiqi

Javad Rahiqi is being designated for acting on behalf of AEOI. Rahiqi has been linked to AEOI's Esfahan Nuclear Technology Center, which is the AEOI's center for the development of nuclear fuel, and is involved in enrichment-related activities.

Rahiqi was also designated by the UN Security Council in Resolution 1929.

The Iran Centrifuge Technology Company (TESA)

TESA plays a crucial role in Iran's uranium enrichment nuclear program. It is involved in the production of IR-1 centrifuges, the type of centrifuge Iran has used to enrich uranium and has used in facilities belonging to the AEOI entity Kalaye Electric Company, as well as the AEOI enrichment plant in Natanz, where TESA also operates an assembly complex. Kalaye Electric is linked to Iran's centrifuge research and development efforts, was designated under E.O. 13382 in February 2007 for being owned or controlled by or acting on behalf of the AEOI, and was designated by the UN Security Council in Resolution 1737 for its involvement in Iran's nuclear program.

Adequate operating centrifuges can provide Iran with the capability to enrich uranium to a degree that may be suitable for the production of a nuclear weapon. Iran has been persistent in trying to develop improved centrifuges for its nuclear program.

According to the European Union, TESA has taken over the activities of Farayand Technique, which was designated by the U.S. in June 2007 pursuant to E.O. 13382 and by the UN Security Council in Resolution 1737 for its involvement in Iran's nuclear program. TESA manufactures uranium enrichment centrifuge parts, and is directly supporting proliferation-sensitive activities.

Parto Sanat

A manufacturer of frequency changers, Parto Sanat is capable of developing/modifying imported foreign frequency changers in a way that makes them usable in gas centrifuge enrichment. Parto Sanat was designated for providing services in support of Iran's nuclear program and AEOI. It also attempted to procure Vacon inverters on several occasions, in numbers capable of running numerous centrifuge cascades.

Parto Sanat was also sanctioned by the EU in July 2010, deemed by the EU to be involved in nuclear proliferation activities.

Paya Partov

Paya Partov is in charge of all research related to laser enrichment and plays a crucial role in Iran's uranium enrichment efforts. Laser enrichment was adopted as one of three courses of action by the Iranian regime for the purpose of acquiring nuclear weapons.

Paya Partov, was designated by the EU in May 2011, as a subsidiary of E.O. 13382 designated Novin Energy, which was designated by the U.S. Department of the Treasury pursuant to E.O. 13382 on January 4, 2006 for being owned or controlled by AEOI.

Neka Novin

Neka Novin was a contractor at an Iranian nuclear facility managed by Kalaye Electric and was designated today for its involvement in the procurement of specialized equipment and materials that have direct application in Iran's nuclear program.

Simatic Development Co.

Simatic has entered into contracts with several suppliers for the purchase of inverters to power centrifuges on behalf of Kalaye Electric. It was designated today for providing support to Iran's nuclear program and Kalaye Electric..

**IDENTIFIERS**

The Nuclear Reactors Fuel Company

AKA: SUREH

Location: 61 Shahid Abtahi St., Karegar e Shomali, Tehran, Iran

Location: Persian Gulf Boulevard, Km20 SW Esfahan Road, Iran

Noor Afzar Gostar Company

AKA: NAGCO

AKA: NAGC

AKA: Noor Afza Gostar

Location: 4th Floor, Bloc 1, Building 133, Mirdamad Avenue, Tehran, Iran

Fulmen Group

AKA: Fulmen Company

Location: 167, Darya Blvd, Saadat Abad, 1466983565, Iran

Location: No. 167 Darya Blvd, Sharak Ghods, Tehran

Location: P.O. Box 19395/1371, Tehran

Location: No. 57, Lida St, Valiassr Ave, 19697, Tehran

Location: No. 57, Lida St, After Vanak Sq, Vali-e Asr Ave, 19697, Tehran

Location: Sadat Abad, Shahra Qod (Shahrak Gharb), Darya Ave, 19697 Tehran

Yasa Part

AKA: Arfa Paint Company

AKA: Arfeh Company

AKA: Farasepehr Engineering Company

AKA: Hosseini Nejad Trading Co

AKA: Iran Saffron Company or Iransaffron Co

AKA: Shetab G, Shetab Gaman

AKA: Shetab Trading

AKA: Y.A.S. Co Ltd

Location: West Lavansai, Tehran, Iran, 009821
Location: Sa'adat Abaad, Shahrdari Sq Sarv Building, 9th Floor, Unit 5, Tehran, Iran
Location: No 17, Balooch Alley, Vaezi St, Shariati Ave, Tehran, Iran
Modern Industries Technique Company
AKA: MITEC
AKA: Rahkar Company
AKA: Rahkhar Industries
AKA: Rahkar Sanaye Company
AKA: Rahkar Sanaye Novin
Location: North Amirabad St., 21 St, No.3, Tehran Iran
JAVAD RAHIQI
DOB: 24 April 1953
POB: Marshad, Iran
Iran Centrifuge Technology Company
AKA: TESA
Location: Yousef Abad District, No. 1, 37th Street, Tehran, Iran
Location: Khalij-e Fars Boulevard, Kilometre 10 of Atomic Energy Road, Rowshan Shahr, Third Moshtaq Street, Esfahan, Iran
Paya Partov Co.
Location: No. 128 — Mahestan, 7th Street, Iran Zamin Ave., San'at Square, Tehran, Iran (U)
Phone: (98 21) 8837 3421 / 8857 5989
Parto Sanat Co.
A.K.A.: YEKAN PARTO
Location: 2417 Valiasr Ave., Next to 14th Street, Tehran 15178, Iran (U) Telephone: (98 21) 8866 2288
Neka Novin
Location: Unit 7, No. 12, 13th Street, Mir-Emad St., Motahary Avenue, Tehran 15875- 6653, Iran
Simatic Development Co.
Location: Tehran, Iran

PRN: 2011/1985

# Plaintiffs' Exhibit "B"

About Arya Niroo Nik Company

Saturday, April 13, 2019 | **Breaking News:** The Iranian regime is the leading state sponsor of terror

Home ∨   Press Releases ∨   Black List ∨   Gray List ∨   Exclusive News   Dark Network ∨   Archives

News ∨   Join Us ∨

BL ■ Companies ■ Designated / Sanctioned entities

⌂ IFMAT ⌗ Data ⌗ BL: Companies ⌗ Arya Niroo Nik

August 15, 2017

# Arya Niroo Nik

**Status:**
Medium Alert – Entity sanctioned in the past for terror,

WMD and human rights violation

**Also Known As:**
Arya Nik Engineering & Consulting Co.
Arya Nik
Aryanik Consulting

**Involved In:**
Nuclear Weapon Program

**Established:**
1906

**Country:**
Iran

**Address:**
- Suite 5 – 11th Floor, Nahid Bldg., Shahnazari Street – Mohseni Square, Tehran, **Iran**
- Suite 5, 11th floor, Nahid Bldg., Shahnazari St., Mohseni Sq., Mirdamad St., Tehran, **Iran**
- Suite 5, 11th Floor, Nahid Bldg., Shahnazari St., Mohseni Sq., Mirdamad Ave., Tehran – 1547916196, **Iran**

**Phone:**
+98.21.2275347, +98.21.2275345, 22275345, 98-21-22275345

**E-Mail:**
aryanik@aryanik.ir

**Web Site:**
www.aryanik.ir

**Person of interests:**
Morteza Hosseini

**Reason for the color:**
» Listed by the European Union on July 26, 2010 as an entity linked to Iran's proliferation-sensitive nuclear activities or Iran's development of nuclear weapon delivery systems;
» E.U. sanctions were annulled in 2014 by the E.U. General Court;

Share this:
 Twitter    Facebook    WhatsApp    More

◀ Iran boosts budget for missiles, Revolutionary Guards          Iranian banks have suffered losses ▶

### 👁 You May Be Interested



**Hormoz Oil Refining Company**
📅 May 16, 2017



**EN Bank**
📅 January 11, 2019



**Net Peygard Samavat Company**
📅 February 15, 2019

## About Us



### Who We Are

We are the voice of Iranian people, who want to see positive changes in Iran. We believe that the equal and inalienable rights of all people are the foundation of freedom... ReadMore +



### Our Vision

Many bad things were done to Iran by some really bad people. These criminals will have to be brought to justice. For many generations this country was captive to a corrupt regimes. Iranian people had to find ways to survive ... ReadMore +

## Site Map

**Black List**   /by risk
- Figures 🏴 🚩 🚩 🚩 🚩
- Organisations 🏴 🚩 🚩 🚩 🚩
- Companies 🏴 🚩 🚩 🚩 🚩

**Gray List**   /by risk
- Figures 🏴 🚩 🚩 🚩 🚩
- Organisations 🏴 🚩 🚩 🚩 🚩
- Companies 🏴 🚩 🚩 🚩 🚩

**SiteMap**

## Join Us

🏠 IFMAT.ORG / IFMAT.COM

✉ contact@ifmat.org



Copyright © 2016-2019 IFMAT

Iran, Iranian : Frauds, Manipulations, Atrocities Human Rights Violations, Threats, Crimes, News

# Plaintiffs' Exhibit "C"

Removal of Arya Niroo Nik

From EU/UK Sanction List

In 2014 & 2019

You can find out more about cookies below, otherwise by continuing to use the site you agree to the use of the cookies as they are currently set.

[I agree]   [I want to find out more]

Accessibility  |  Email alerts

**www.parliament.uk**

Home | Parliamentary business | MPs, Lords & offices | About Parliament | Get involved | Visiting | Education

House of Commons | House of Lords | What's on | Bills & legislation | Committees | Publications & records | Parliament

You are here: Parliament home page > Parliamentary business > Publications and Records > Committee Publications > All Select Committee P Select Committees > European Scrutiny > European Scrutiny

**Documents considered by the Committee on 22 November 2017** Contents

## 26  Restrictive measures against Iran

| | |
|---|---|
| Committee's assessment | Legally and politically important |
| Committee's decision | Cleared from scrutiny |
| Document details | Council Decision 2014/776 amending Decision 2010/413 concerning restrictive measures against Iran |
| Legal base | Article 29 TEU and Article 23 of Decision 2010/413, unanimity |
| Department | Foreign and Commonwealth Office |
| Document Number | (36504),— |

### Summary and Committee's conclusions

26.1  Council Decision 2014/776, adopted on 7 November, re-imposed restrictive measures (on the basis of a revised statement of reasons) on three entities and on successfully challenged the imposition of restrictive measures in the General Court (Sina Bank, Sorinet Commercial Trust Bankers, Shariff University of Technology and entity (Ayra Niroo Nik) because restrictive measures had been imposed upon it on the grounds that it was a front company for another entity (Fulmen) which had also restrictive measures imposed upon it. Finally it updated the information concerning three other entities that were already subject to restrictive measures.

26.2  The Decision was adopted in override of Parliamentary scrutiny. The previous Committee sought further information concerning the justification for the override so, why, the restrictive measures against the relisted individual and entities has been allowed to lapse, (b) justification for the length of time taken to delist Ayra Niroo flight in the case of the relisted entities.

26.3  The then Minister (Mr David Lidington) responded on 10 December 2014. This letter has only recently come to the attention of the Committee. Its substance is

26.4  **We are grateful for the further information provided and now clear these documents from scrutiny.**

26.5  **We agree that it is regrettable that the EU allowed the restrictive measures in respect of Sina Bank, Sorinet Commercial Trust Bankers, Shariff Un Babak Zanjani to lapse before relisting. But as this did happen, and in the light of the further explanations, we consider the override of scrutiny unders**

### Full details of the documents

Council Decision 2014/776 amending Decision 2010/413 concerning restrictive measures against Iran: (36504),—.

### The then Minister's letter of 10 December 2014

26.6  The then Minister responded to the previous Committee's requests as follows:

> "You asked whether EU restrictive measures against Babak Zanjani, Sorinet Commercial Trust Bankers and Sharif University of Technology lapsed after the following the General Court judgment to annul the listings.
>
> "Regrettably, this was the case. Unfortunately the EU was unable to agree a new Council Decision to re-list these entities. This was in part due to the closu over the summer period and the political sensitivities around the week of E3+3 nuclear negotiations in September. I appreciate that this is far from ideal.
>
> "Following the return to normal business of the EU institutions, it was important to relist these entities as quickly as possible. When making my decision to scrutiny process, I took two factors into account. Firstly, in my judgment, had we gone through the scrutiny process, the relistings would have been anno to the nuclear negotiations deadline of 24 November. Although these were not new listings as such, it would have had an impact on the negotiations. Seco the scrutiny process, the risk of asset flight would have remained throughout the process given that the listings had lapsed.

"This was another reason to relist as quickly as possible. I'm afraid that for these two reasons, I felt an override to the normal scrutiny process was neces

"You also asked about Arya Niroo Nik and why it took so long to be delisted, following the General Court judgment in Fulmen on 28 November 2013 (Case Nik is described in the relevant statement of reasons as "a front company used by Fulmen for some of its operation". Therefore, following the annulment o 2013 the Council decided that there were no longer grounds to list Arya Niroo Nik and delisted it in 2014. Such delisting would not have been automatically judgment and the entity itself did not request to be delisted, so this may have resulted in the listing being de-prioritised (at that time there were around 4 level, out of around 600 listings). There is a slight risk that the entity could challenge the Council on this delay. It should be noted that the Council, not He owns this risk.

"In regards to the relisted entities, you asked to what extent there was a risk of significant damage if they were tipped off beforehand. Asset flight was on considered, but there were other factors relating to the E3 + 3 nuclear negotiations, as outlined above, which I consider made the scrutiny override unavo

## Previous Committee Reports

Twenty-second Report HC 219–xxi (2014–15), chapter 7 (26 November 2014).

< Back

28 November 2017

A-Z index | Glossary | Contact us | Freedom of Information | Jobs | Using this website | Copyright

# raytodd.blog

Sanctions, proliferation, money laundering, export and trade control news etc

# UK REMOVES ARYA NIROO NIK FROM IRAN SANCTIONS LISTS

A Notice from HM treasury on 20th March announced that ARYA NIROO NIK had been removed from the Consolidated List.

https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/787671/Notice_Iran___Nuclear___2014_776_CFSP.pdf

Share this:

Twitter     Facebook

Like

Be the first to like this.

Related

ISLE OF MAN UPDATES IRAN, IRAQ AND ISIL/AL-QAIDA SANCTIONS LISTINGS

UK AMENDS DETAILS OF 6 PERSONS ON ISIL/AL-QAIDA SANCTIONS LIST

UK AMENDS DETAILS FOR 11 PERSONS ON THE IRAN SANCTIONS LISTS



### Author: raytodd2017

Chartered Legal Executive and former senior manager with Isle of Man Customs and Excise, where I was (amongst other things) Sanctions Officer (for UN/EU sanctions), Export Licensing Officer and Manager of the Legal-Library & Collectorate Support Section View all posts by raytodd2017

 raytodd2017 /

raytodd.blog / Blog at WordPress.com.